IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SERAFINA LICCARDI, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:25-cv-1432-E |
| § | |
| ROSE LYSKOWSKI, ET AL., § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ADOPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Serafina Liccardi's motions to remand or voluntarily dismiss the lawsuit [Dkt. Nos. 6, 7].

SO ORDERED this 16th day of July, 2025.

*(signature)*
Ada Brown
UNITED STATES DISTRICT JUDGE